**Dated: June 10, 2011**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  Rosie Burchett

Debtor(s).

Case. No. **10-32084 DSK**
Chapter **7**

### ORDER GRANTING MOTION TO REOPEN CASE

It appears to the Court that a motion has been filed to reopen this closed bankruptcy case, pursuant to 11 U.S.C. § 350(b) and FED. R. BANKR. P. 5010, and the required reopening fee has been paid.  Now, therefore,

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that the motion to reopen this closed case is granted.  In the event no action is taken in regard to the further administration of this case within thirty (30) days after the entry of this order, the Bankruptcy Court Clerk is directed to reclose this case without further notice.

co075